Amended Complaint

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2024 DEC 16 P 1:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

Cortez Deangelo Thompson,
Plaintiff,

v.

SPM, LLC; Magic City Living, LLC; William B. Welden; Southwood Gardens Apartments; Kim Posey; and Eric White,
Defendants.

Case No.: 2:24-cv-01556-AMM

AMENDED COMPLAINT

INTRODUCTION AND BASIS FOR JURISDICTION

1. Plaintiff Cortez Deangelo Thompson brings this action under federal law for violations of the Fair Housing Act (42 U.S.C. §§ 3601-3619) and under state law for negligence and breach of landlord-tenant obligations.

2. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff alleges violations of the Fair Housing Act, which provides a private right of action for claims involving housing discrimination and unsafe living conditions.

3. This Court also has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a) because they are related to Plaintiff's federal claims and arise from the same facts and circumstances.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because the events or omissions giving rise to the claims occurred within the jurisdiction of the Northern District of Alabama, Southern Division.

FACTUAL ALLEGATIONS

5. Plaintiff resides at Southwood Gardens Apartments in Birmingham, Alabama, a property managed by Defendant SPM, LLC.

6. Defendants have been repeatedly notified of hazardous mold conditions in Plaintiff's rental unit but failed to take appropriate remediation steps, creating unsafe living conditions in violation of federal housing regulations and state landlord-tenant obligations.

7. The mold test results conducted on [date] revealed the presence of dangerous mold species, including Aspergillus spp., Penicillium spp., and Cladosporium spp., known to cause respiratory issues and long-term health risks.

8. Plaintiff has incurred substantial medical expenses, property loss, and emotional distress due to Defendants' failure to maintain the property in a habitable condition.

9. Defendants Kim Posey and Eric White, as agents of SPM, LLC, failed to address Plaintiff's complaints in violation of their duties to oversee tenant safety and compliance with housing laws.

10. Defendant William B. Welden, as CEO of SPM, LLC, is responsible for implementing policies and ensuring compliance with federal and state housing regulations, but failed to do so, allowing unsafe conditions to persist.

## CAUSES OF ACTION

Count I: Violation of the Fair Housing Act (42 U.S.C. §§ 3601-3619)
11. Defendants violated the Fair Housing Act by providing substandard housing conditions that disproportionately affected Plaintiff and other tenants, failing to ensure habitable and safe living conditions.

Count II: Negligence
12. Defendants owed a duty of care to Plaintiff to maintain the premises in a safe and habitable condition. Their failure to remediate mold and water damage constitutes gross negligence.

Count III: Breach of Contract
13. Defendants breached the lease agreement by failing to provide habitable living conditions, resulting in damages to Plaintiff.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests this Court grant the following relief:
a. Compensatory damages totaling $600,000, including:

$150,000 for medical costs related to mold exposure,

$50,000 for property damage caused by mold contamination,

$100,000 for emotional distress and loss of enjoyment of life.
b. Punitive damages of $300,000 to deter Defendants from future gross negligence.
c. A court order requiring Defendants to remediate mold and ensure compliance with federal and state housing laws.
d. Any further relief this Court deems just and proper.

Case #2:24-cv-01556-AMM
*Cole Thompson* 12-16-24
(205) 401-6329   1322 14th Ave S Apt Birmingham, AL 35205